UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Brian Edwards,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.: 1:14-cv-02617-LW |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Synchrony Bank f/k/a GE Capital Retail Bank without prejudice and without costs to any party.

| | |
|---|---|
| Brian Edwards | Synchrony Bank f/k/a GE Capital Retail Bank |
| /s/ Sergei Lemberg | /s/ Timothy R. Carraher |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, L.L.C.<br>A Connecticut Law Firm<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Attorneys for Plaintiff | Timothy R. Carraher<br>REED SMITH LLP<br>10 South Wacker Drive, Suite 4000<br>Chicago, IL 60606<br>Phone: (312) 207 6549<br>Fax: (312) 207 6400<br>tcarraher@reedsmith.com<br>Attorney for Defendant |

IT IS SO ORDERED:

_/s/ Lesley Wells_
UNITED STATES DISTRICT JUDGE

8/4/2015